IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

HAL ELLIS BROWDER )
)
v. ) NO. 3-14-1534
) JUDGE CAMPBELL
WALMART STORES, INC. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 14), Objections filed by the Plaintiff (Docket No. 17), and Response to Objections filed by the Defendant (Docket No. 18). Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, the Response, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Plaintiff's Objections do not change the Court's conclusion that the Complaint fails to allege facts which would support a plausible claim of legal liability against Defendant. The Magistrate Judge evaluated Defendant's Motion to Dismiss in line with Fed. R. Civ. P. 12(b)(6) by viewing the facts asserted in the light most favorable to the Plaintiff. Plaintiff's Objections are confusing and do not include specific allegations of facts which would plausibly support his claims against Walmart.

Accordingly, Defendant's Motion to Dismiss (Docket No. 4) is GRANTED, and this action is DISMISSED. Any pending Motions are denied as moot, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE